Report Date: April 12, 2017

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 17 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Johnny Angel Soliz                     Case Number: 0980 2:08CR02009-LRS-1

Address of Offender:                    Yakima, Washington 98901

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: February 4, 2009

| | | |
|---|---|---|
| Original Offense: | Robbery of Mail, Money, or other Property of the United States, 18 U.S.C. § 2114(a) | |
| Original Sentence: | Prison - 120 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: February 24, 2017 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: February 23, 2020 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 21**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Soliz tested positive for methamphetamine on March 21, 26 and 31, 2017.<br><br>On March 21, 2017, Mr. Soliz reported to Merit Resource Services and submitted to a random urinalysis test which was later confirmed positive for the presence of methamphetamine by Alere Toxicology Services (Alere).<br><br>On March 28, 2017, Mr. Soliz reported to the probation office and submitted to a random urinalysis test. The test returned presumptive positive for the presence of methamphetamine using the Redmond rapid test device. Mr. Soliz admitted to the illegal drug use and signed an admission of drug use form admitting to having used methamphetamine on March 26, 2017. |

On March 31, 2017, Mr. Soliz reported to the probation office as directed and submitted to a scheduled urinalysis test. The test returned presumptive positive for the presence of methamphetamine using the Redmond rapid test device. Mr. Soliz denied the use of methamphetamine. The specimen was sent to Alere for confirmation, which was confirmed positive for the presence of methamphetamine.

2 **Special Condition # 22**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Soliz consumed alcohol on March 27, 2017.

On March 28, 2017, Mr. Soliz reported to the probation office and admitted to the consumption of alcohol the previous night. Mr. Soliz signed an admission of use form admitting to having consumed alcohol on March 26, 2017.

3 **Special Condition # 20**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

**Supporting Evidence**: Mr. Soliz failed to attend a counseling appointment at Merit Resource Services (Merit) on April 5, 2017.

According to a Merit progress report, Mr. Soliz had a scheduled one-on-one counseling session on April 5, 2017. However, Mr. Soliz was a no call no show for his scheduled appointment.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | April 12, 2017 |
| | s/Jose Zepeda |
| | Jose Zepeda<br>U.S. Probation Officer |

Prob12C
Re: Soliz, Johnny Angel
April 12, 2017
Page 3

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [x] The Issuance of a Summons
- [ ] Other

_____
Signature of Judicial Officer

4/17/17
_____
Date