PROB 12C
(6/16)

Report Date: May 9, 2017

# United States District Court

## for the

## Eastern District of Washington



FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 10 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Johnny Angel Soliz                    Case Number: 0980 2:08CR02009-LRS-1

Address of Offender:                    Yakima, Washington 98901

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: February 4, 2009

| | | | |
|---|---|---|---|
| Original Offense: | Robbery of Mail, Money, or other Property of the United States, 18 U.S.C. § 2114(a) | | |
| Original Sentence: | Prison - 120 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | February 24, 2017 |
| Defense Attorney: | TBD | Date Supervision Expires: | February 23, 2020 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on April 12, 2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 21**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Special Condition # 22**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substances.<br><br>**Supporting Evidence**: Mr. Soliz tested positive for amphetamine, methamphetamine, and alcohol on April 7, 2017.<br><br>On April 6, 2017, Mr. Soliz entered into inpatient drug and alcohol treatment at American Behavioral Health Systems in Spokane, Washington. On April 7, 2017, as part of their intake process, the defendant submitted to a drug screen. The results were later confirmed positive for the presence of amphetamine, methamphetamine, and alcohol by Millennium Health, LLC. |

5     **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Mr. Soliz failed to report to the U.S. Probation Office as directed on May 8, 2017.

On May 5, 2017, Mr. Soliz reported to the probation office. He was given instructions to report back to the probation office on May 8, 2017, at 9 a.m. and to be prepared to submit to urinalysis testing. Mr. Soliz failed to report as instructed.

6     **Special Condition # 21**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Soliz tested presumptive positive for amphetamine and methamphetamine on May 8, 2017.

On May 8, 2017, Mr. Soliz was directed to submit to urinalysis testing. The specimen submitted by Mr. Soliz returned presumptive positive for amphetamine and methamphetamine using the Integrated E-Z Split Key device. Mr. Soliz was confronted regarding his illegal drug use to which he adamantly denies. The specimen has been sent to Alere Toxicology Services for confirmation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 9, 2017

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

Prob12C
Re: Soliz, Johnny Angel
May 9, 2017
Page 3

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case. *after appearing in front of MJ re detention*
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Detention hearing set for 5/10/17*
*MJ should advise of new paperwork then*

_____
Signature of Judicial Officer

5/10/17
_____
Date